UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1479 RWS |
| ) | |
| EMC MORTGAGE CORP. et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for appointment of counsel. Plaintiff has failed to file the required financial affidavit in support of her motion.

Accordingly,

**IT IS HEREBY ORDERED that plaintiff shall file the required financial affidavit in support of her motion for appointment of counsel by June 1, 2005, or the motion will be denied without prejudice.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2005.