UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHARRON HIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV1479 RWS |
| | ) | |
| EMC MORTGAGE CORP. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed without prepayment of fees and costs in this action. Because plaintiff has already paid the filing fee in this case, the motion will be denied as moot. However, plaintiff is not precluded from requesting in forma pauperis status at a later date if appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed without prepayment of costs [#31] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2005.