UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1479 RWS |
| ) | |
| EMC MORTGAGE CORP. et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant's motion requesting the Court to designate a neutral to conduct the mediation of this case because the parties cannot agree on a neutral. My review of the motion convinces me that referring this case to alternative dispute resolution at this time would be fruitless. Accordingly, I will vacate the Order referring this case to alternative dispute resolution and deny defendant's motion as moot.

Accordingly,

**IT IS HEREBY ORDERED that Order dated August 9, 2005 referring this case to alternative dispute resolution [#38] is vacated, and the referral of this matter to alternative dispute resolution is vacated.**

**IT IS FURTHER ORDERED** that defendant's motion requesting the Court to designate a neutral [#41] is denied as moot.

                                                                       _____
                                                                       RODNEY W. SIPPEL
                                                                       UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2005.