UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1479 RWS |
| | ) |
| EMC MORTGAGE CORP. et al., | ) |
| | ) |
| Defendants. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before me on plaintiff's motion for an extension of time to disclose her expert witnesses. In support of her motion, plaintiff states that she may have found an attorney willing to represent her in this matter, but the attorney needs additional time to review her case before deciding whether to undertake the representation. I will grant plaintiff an additional two weeks, up to and including **<u>October 17, 2005</u>**, to disclose her expert witnesses in accordance with the case management order. As I told plaintiff during our last hearing, I am willing to amend the scheduling order as needed to provide an attorney sufficient time to prepare her case for trial. Therefore, if counsel enters an appearance on plaintiff's behalf, I will set a status conference to discuss amending the case management deadlines.

However, as I also explained to plaintiff, because she is representing herself <u>pro se</u> at the present time, she remains responsible for responding to defendant's

motion to dismiss in a timely fashion. Plaintiff has yet to file an opposition to this motion, which was filed on August 17, 2005, and her time for doing so has long since expired. I will give plaintiff until October 17, 2005 to file an opposition to the motion to dismiss. Her failure to file a response will result in my granting the motion as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time is granted, and plaintiff must disclose her expert witnesses in accordance with the provisions of the case management order by **October 17, 2005.**

**IT IS FURTHER ORDERED** that plaintiff shall file an opposition to defendant's motion to dismiss by **October 17, 2005**, or the motion will be granted as unopposed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2005.