UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:04CV1479 RWS |
| EMC MORTGAGE CORP. et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for an extension of time to file her responses to defendants' request for admissions. Plaintiff will be given an additional ten (10) days to respond. Plaintiff's request to reconsider my previous denial of her motion for appointment of counsel will be denied as I find that appointment of counsel remains unwarranted in this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#52-1] is granted, and plaintiff is granted an additional ten (10) days to respond to defendants' request for admissions.

**IT IS FURTHER ORDERED** that plaintiff's motion for reconsideration [#52-2] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2006.