UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHARRON HIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV1479 RWS |
| | ) | |
| EMC MORTGAGE CORP. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before me on defendants' motion for referral to alternative dispute resolution and appointment of a neutral. I will grant the parties' request to be referred to mediation, but I will deny without prejudice the motion for appointment of a neutral at this time. Plaintiff should consult with defense counsel regarding the selection of a mediator from the list of court-approved neutrals available on the Court's website, www.moed.uscourts.gov. If the parties cannot agree on a mediator, then the Court will designate someone from this list. However, it is in the best interests of the parties, the mediator and the mediation process if the parties can agree to select someone from this list rather than asking the Court to do so for them.

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion for mediation [#57-1] is

granted, and the motion for appointment of a neutral [#57-2] is denied without prejudice at this time.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2006.