UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1479 RWS |
| | ) |
| EMC MORTGAGE CORP. et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's pro se motion. On July 14, 2006, I enforced the parties' settlement agreement and ordered them to effectuate the terms of the settlement by executing the necessary loan modification documents within forty-five (45) days. In accordance with my Order, the parties scheduled a closing date of August 10, 2006. Plaintiff claims that the loan modification documents presented to her on August 10, 2006, are not the documents she agreed to sign in the settlement process.

Accordingly**,**

**IT IS HEREBY ORDERED** that there will be a hearing on plaintiff's pro se motion on **August 28, 2006 at 10:00 a.m. in Courtroom 10-South**. **The parties shall come to the hearing prepared to execute the loan modification documents agreed to by the parties in the settlement agreement.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2006.