UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHARRON HIGGS,                          )
                                        )
         Plaintiff,                     )
                                        )
     vs.                                )        Case No. 4:04CV1479 RWS
                                        )
EMC MORTGAGE CORP. et al.,              )
                                        )
         Defendants.                    )

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's response to the Order to Show Cause

why her case should not be dismissed with prejudice for failing to comply with the

settlement agreement.  In response, plaintiff claims that she refused to sign the loan

documents as ordered on September 1, 2006 because she received a letter from

EMC on August 31, 2006 indicating that EMC would not make the changes to the

loan documents that were ordered by the Court following the August 28, 2006

hearing.  Plaintiff also contends that she has complied with the settlement agreement

by procuring homeowner's insurance and making her scheduled mortgage payment

for September.

EMC is instructed to respond in writing to plaintiff's allegations by no later

than October 20, 2006.  Counsel shall include copies of the correspondence

referenced by plaintiff in her response, together with a copy of the loan documents

submitted to plaintiff at the courthouse on September 1, 2006. EMC shall also

advise the Court whether plaintiff has complied (or attempted to comply) with the

terms of the settlement agreement by submitting a mortgage payment for the month

of September and procuring homeowner's insurance (if this information is known to

EMC).

Finally, I have reviewed all exhibits submitted by plaintiff in support of her

response to the Show Cause Order. None are relevant to the issue before me and

are being returned to plaintiff by this Order.

Accordingly,

**IT IS HEREBY ORDERED** that **EMC shall respond in writing to**

**plaintiff's response to the Show Cause Order as outlined above by no later**

**than October 20, 2006.**

**IT IS FURTHER ORDERED** that plaintiff shall return to the Clerk of the

Court's office to retrieve the exhibits she submitted in support of her response to the

Show Cause Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 16th day of October, 2006.