UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARRON HIGGS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:04CV1479 RWS |
| EMC MORTGAGE CORP. et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff has notified the Court that defendant EMC is not complying with the terms of the settlement agreement.

Accordingly,

**IT IS HEREBY ORDERED** that defendant EMC shall respond to plaintiff's memorandum by no later than January 31, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2007.